FRANK C. GILMORE, ESQ. – NSB #10052
fgilmore@rssblaw.com
Robison, Sharp, Sullivan & Brust
71 Washington Street
Reno, Nevada 89503
Telephone: 775-329-3151
Facsimile: 775-329-7169
*Attorneys for Plaintiff*



FILED ___ RECEIVED
ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

DEC - 9 2019

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ANDREW POWELL,<br><br>Plaintiff,<br><br>vs.<br><br>RHEOMINERALS INC., a Nevada Corporation,<br><br>Defendants. | CASE NO.: 3:19-cv-00615-LRH-WGC<br><br>**STIPULATION AND ORDER TO CONTINUE EARLY NEUTRAL EVALUATION**<br>**FIRST REQUEST**<br><br>Date: December 17, 2019<br>Time: 1:30 pm |

Comes now, Plaintiff Andrew Powell ("Powell" or "Plaintiff"), by and through his attorneys of record, Robison Sharp Sullivan & Brust, and Defendant Rheominerals, Inc., by and through its attorneys of record, Frank Thompson of Erwin Thompson Faillers, and hereby stipulate to continue the Early Neutral Evaluation, and related deadlines, currently set for December 17, 2019.

Plaintiff has recently undertaken new employment that requires him to travel extensively over the next several weeks and it is not possible for him to be able to travel to Reno on December 17, 2019, to attend the ENE. For this reason, the parties hereby Stipulate and request the Court continue the ENE and related deadlines and permit the parties to reset the ENE for a date and time convenient to the parties.

///

DATED this 6th day of December, 2019.

        ROBISON, SHARP, SULLIVAN & BRUST
        71 Washington Street
        Reno, Nevada 89503

        /s/ Frank C. Gilmore
        FRANK C. GILMORE
        *Attorneys for Plaintiff*

DATED this 6th day of December, 2019.

        ERWIN THOMPSON FAILLERS
        241 Ridge Street, Suite 210
        Reno, NV 89501

        /s/ Frank W. Thompson
        Frank W. Thompson, Esq.
        *Attorneys for Plaintiff, RheoMinerals Inc.*

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 12/9/2019