**IN THE UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

ANDREW POWELL,

           Plaintiff,

v.

RHEOMINERALS INC., a Nevada
Corporation,

           Defendants.

_____/

Case No. 3:19-cv-00615-LRH-WGC

**STIPULATION AND ORDER FOR
DISMISSAL WITH PREJUDICE**

Plaintiff, Andrew Powell, by and through his attorneys, Robison, Sharp, Sullivan & Brust and Defendant RheoMinerals Inc., by and through its attorneys, Erwin Thompson and Faillers, stipulate and agree that the above-entitled action shall be dismissed with prejudice. The parties shall bear their own costs and attorneys' fees.

DATED this 28 day of February, 2020.

ROBISON, SHARP, SULLIVAN & BRUST
71 Washington Street
Reno, Nevada 89503

By:  */s/Frank C. Gilmore*
    FRANK C. GILMORE
    *Attorneys for Plaintiff*

DATED this 28 day of February, 2020.

ERWIN THOMPSON FAILLERS
241 Ridge Street, Suite 210
Reno, Nevada 89501

By  */s/Frank W. Thompson*
    FRANK W. THOMPSON
    *Attorneys for Defendant*

    **IT IS SO ORDERED:**

    DATED this 3rd day of March, 2020.

    _____
    LARRY R. HICKS
    UNITED STATES DISTRICT JUDGE